# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JACQUELINE UNDERWOOD,
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

VERIZON COMMUNICATIONS INC., ET AL.,
*Defendant*

CASE NUMBER: **3:16-CV-01338-FLW-LHG**

TO: *(Name and address of Defendant):*

      Cellco Partnership dba Verizon Wireless
      One Verizon Way
      Basking Ridge, NJ  07920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      David Schumacher, Esquire
      Buchanan Ingersoll & Rooney PC
      50 S. 16th Street, Suite 3200
      Philadelphia, PA  19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

PATRICK SEILER
(By) DEPUTY CLERK



ISSUED ON 2016-03-09 16:43:51, Clerk
USDC NJD

Case 3:16-cv-01338-FLW-LHG   Document 5   Filed 03/22/16   Page 2 of 2 PageID: 34
Case 3:16-cv-01338-FLW-LHG   Document 2   Filed 03/09/16   Page 2 of 2 PageID: 29

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | March 11, 2016 |
| NAME OF SERVER (PRINT) Brian Johnson | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 180 Washington Valley Road, Bedminster, NJ 07921

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☒ Other (specify): Accepted by Juan Figueroa (Legal Assistant) @ 3:01pm Hispanic, male, 5'7", 170 lbs, 30-35 yrs, black hair

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 14, 2016
             Date                    Signature of Server

it's DONE! Courier
Rely On Us. Be Confident. it's DONE!
525 S. 4th Street, Suite 366
Address of Server Philadelphia, PA 19147
215.925.DONE! (3663)